UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                  )
               Plaintiff, )   Case No. CR09-0007-MJP
                                  )
        v. )
                                  )
MARIO EARL, )   DETENTION ORDER
                                  )
               Defendant. )
_____ )

Offense charged:

     COUNT 1:    BANK FRAUD, in violation of 18 U.S.C. §§ 1334(1) and (2) and § 2.

Date of Detention Hearing:    February 2, 2009.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)    Defendant is also charged in CR09-06, which, pursuant to 18 U.S.C. § 3142(e), carries a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.

     (2)    Defendant has stipulated to his continued detention, but reserves the right to contest his continued detention if there is a change in circumstances.

DETENTION ORDER                                                  15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 1

01     (3)    There are no conditions or combination of conditions other than detention that
02 will reasonably assure the appearance of defendant as required or ensure the safety of the
03 community.

04     IT IS THEREFORE ORDERED:

05     (1)    Defendant shall be detained pending trial and committed to the custody of the
06 Attorney General for confinement in a correctional facility separate, to the extent practicable,
07 from persons awaiting or serving sentences or being held in custody pending appeal;

08     (2)    Defendant shall be afforded reasonable opportunity for private consultation
09 with counsel;

10     (3)    On order of a court of the United States or on request of an attorney for the
11 government, the person in charge of the corrections facility in which defendant is confined
12 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
13 connection with a court proceeding; and

14     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
15 counsel for the defendant, to the United States Marshal, and to the United States Pretrial
16 Services Officer.

17     DATED this 2nd day of February, 2009.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2