HON. JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| UNITED STATES OF AMERICA, Plaintiff, v. MARIO J. EARL, Defendant. | NO. 09-CR-007 JLR [PROPOSED] ORDER MODIFYING MODIFY SPECIAL CONDITIONS OF SUPERVISION |
|---|---|

THIS MATTER comes before the Court on an AGREED MOTION TO MODIFY SPECIAL CONDITIONS OF SUPERVISION by the Defendant MARIO J. EARL.

The Court having reviewed the record and pleadings before it, and having considered the arguments of the parties, Mr. Earl's motion is GRANTED. The last paragraph of page 5 of Docket No. 136 shall be excised and replaced with the following text:

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology until October 5, 2019. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

SO ORDERED this 12th day of AUGUST 2019.

HON. JAMES L. ROBART
U.S. DISTRICT COURT JUDGE